1 HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
2 ERIN SNIDER, CA SBN 304781
Assistant Federal Defender
3 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 Telephone: (559) 487-5561
Fax: (559) 487-5950
5

6 Attorney for Defendant
MARCOS ORNELAS GARCIA

7

8     IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  )
          ) Case No. 6:13-mj-00093-MJS
12     Plaintiff,  )
          ) JOINT MOTION TO MODIFY CONDITIONS
13 vs.       ) OF PROBATION AND TO EXTEND TERM OF
          ) PROBATION PURSUANT TO 18 U.S.C.
14 MARCOS ORNELAS GARCIA, ) §§ 3563(c) AND 3564(d) AND TO CONTINUE
          ) REVIEW HEARING; ORDER
15     Defendant. )
          )
16 _____)

17    The parties, by through their respective counsel, Yosemite Legal Officer Matthew

18 McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for

19 defendant Marcos Ornelas Garcia, hereby jointly move to modify the conditions of Mr. Garcia's

20 probation and to extend the term of probation pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

21 The parties further request that the Court continue the December 1, 2015 review hearing.

22    On January 7, 2014, Mr. Garcia pled guilty to operating a motor vehicle while under the

23 influence of alcohol and child endangerment pursuant to a plea agreement with the government.

24 The Court placed Mr. Garcia on unsupervised probation for 24 months, with the conditions that

25 he pay a $1,800 monetary penalty and complete the First Time DUI Offender Program.

26    Mr. Garcia completed the First Time DUI Offender Program on May 6, 2014.  Between

27 January 2014 and June 2015, Mr. Garcia made several payments toward his fine, leaving a

28 balance of $1,265.  However, Mr. Garcia lost his job and ceased making payments.  Although he

1  has returned to work, he is still catching up on his other financial obligations.

2        Therefore, the parties respectfully request that this Court modify the terms of Mr.

3  Garcia's probation and convert $1,000 of the remaining fine amount to 100 hours of community

4  service, to be performed by October 28, 2016, at a nonprofit organization with proof to be

5  provided to the government.  The parties further request that the Court extend Mr. Garcia's term

6  of unsupervised probation for 12 months to give him time to complete the community service

7  and continue the December 1, 2015 review hearing to December 6, 2016.

8                                      Respectfully submitted,

9

10  Date: October 23, 2015          */s/ Matthew McNease*
                                          MATTHEW MCNEASE

11                                            Yosemite Legal Officer
                                          Counsel for the Plaintiff

12

13                                            HEATHER E. WILLIAMS
                                          Federal Defender

14

15  Date: October 23, 2015          */s/ Erin Snider*
                                          ERIN SNIDER

16                                            Assistant Federal Defender
                                          Attorney for Defendant

17                                            MARCOS ORNELAS GARCIA

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

3        Pursuant to 18 U.S.C. § 3563(c) and stipulation of the parties, the Court hereby modifies

4    the conditions of MARCOS ORNELAS GARCIA's term of unsupervised probation in case

5    6:13-mj-00093-MJS as follows: $1,000 of the remaining fine balance shall be converted to 100

6    hours of community service, to be completed by October 28, 2016.  Such community service

7    shall be performed for a nonprofit organization and sworn proof of completion of the community

8    service shall be provided by the organization to the government.  Pursuant to 18 U.S.C. §

9    3563(d), the Court hereby extends the term of Mr. Garcia's term of unsupervised probation for

10   an additional 12 months, to expire January 6, 2017.  The review hearing currently scheduled for

11   December 1, 2015, is continued to December 6, 2016.

12

13   IT IS SO ORDERED.

14

15       Dated:   October 26, 2015          /s/ *Michael J. Seng*

16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Garcia / Joint Motion to Modify                    -3-
and Extend Probation