1  HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2  ERIN SNIDER, Bar #304781
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
MARCOS ORNELAS GARCIA
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:13-mj-00093-MJS
                                       )
12          Plaintiff,                 )  MOTION TO VACATE DECEMBER 6, 2016
                                       )  REVIEW HEARING; ORDER
13  vs.                                )
                                       )
14  MARCOS ORNELAS GARCIA,             )
                                       )
15          Defendant.                 )
                                       )
16

17        Defendant Marcos Ornelas Garcia hereby requests that the Court vacate the December 6,

18  2016 review hearing, as Mr. Garcia is in full compliance with the terms of his probation.

19        On January 1, 2014, the Court sentenced Mr. Garcia to twenty-four months of

20  unsupervised probation, with the conditions that he obey all laws, report any new law violations

21  to the Court through counsel, pay a $1,800 fine, attend and complete the First Time DUI

22  Offenders Program, and not use or possess alcohol or drugs during the duration of probation.  On

23  October 26, 2015, the Court extended Mr. Garcia's term of probation for an additional twelve

24  months and converted $1,000 of the remaining fine balance to 100 hours of community service.

25        Mr. Garcia has complied with all conditions of probation.  The government is in

26  agreement with this request.

27  / / /

28  / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 23, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MARCOS ORNELAS GARCIA

**O R D E R**

Based on the parties' joint representation that Mr. Garcia has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for December 6, 2016, at 10:00 a.m. in Case No. 6:13-mj-00093-MJS.

IT IS SO ORDERED.

Dated:   November 28, 2016            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Garcia: Motion to
Vacate Review Hearing

2